## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Russell Jr, Solomon | Case Number:  08 B 04121 |
| Russell, Sonia E | Judge:  Goldgar, A. Benjamin |
| Printed:  8/19/08 | Filed:  2/22/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  June 24, 2008

Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,875.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,753.12 |
| Trustee Fee: | | 121.88 |
| Other Funds: | | 0.00 |
| Totals: | 1,875.00 | 1,875.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,900.50 | 1,753.12 |
| 2. | Home Loan Services | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 1,200.00 | 0.00 |
| 4. | American General Finance | Secured | 5,403.00 | 0.00 |
| 5. | Home Loan Services | Secured | 27,287.00 | 0.00 |
| 6. | United States Dept Of Education | Unsecured | 897.03 | 0.00 |
| 7. | Debt Recovery Solutions | Unsecured | 386.36 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 936.47 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 846.64 | 0.00 |
| 10. | AIS Services | Unsecured | 15,915.13 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 701.54 | 0.00 |
| 12. | Great American Finance Company | Unsecured | 231.48 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 213.98 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 1,404.93 | 0.00 |
| 15. | Jefferson Capital Systems LLC | Unsecured | 607.29 | 0.00 |
| 16. | Verizon Wireless Midwest | Unsecured | 894.75 | 0.00 |
| 17. | Westgate Resorts Ltd | Secured | | No Claim Filed |
| 18. | Illinois Dept Of Healthcare And Family | Priority | | No Claim Filed |
| 19. | Illinois Dept Of Healthcare And Family | Priority | | No Claim Filed |
| 20. | Westgate Resorts Ltd | Unsecured | | No Claim Filed |
| 21. | H&F Law | Unsecured | | No Claim Filed |
| 22. | Americredit Financial Ser Inc | Unsecured | | No Claim Filed |
| 23. | Argent Healthcare Fin | Unsecured | | No Claim Filed |
| 24. | Bally's Health Club | Unsecured | | No Claim Filed |
| 25. | Cbe Group | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Russell Jr, Solomon

Russell, Sonia E

Printed: 8/19/08

Case Number:  08 B 04121

Judge:  Goldgar, A. Benjamin

Filed:  2/22/08

| | | | |
|---|---|---|---|
| 26. | City Of Chicago Dept Of Revenue | Unsecured | No Claim Filed |
| 27. | GC Services | Unsecured | No Claim Filed |
| 28. | Education Finance Resources Corp | Unsecured | No Claim Filed |
| 29. | City Of Chicago Dept Of Revenue | Unsecured | No Claim Filed |
| 30. | National Recoveries Inc | Unsecured | No Claim Filed |
| 31. | Illinois Collection Service | Unsecured | No Claim Filed |
| 32. | Medical Business Bureau Inc | Unsecured | No Claim Filed |
| 33. | Pinnacle Fincial Group Inc | Unsecured | No Claim Filed |
| 34. | NCO Financial Systems | Unsecured | No Claim Filed |
| 35. | Medical Collections | Unsecured | No Claim Filed |
| 36. | University of Illinois | Unsecured | No Claim Filed |

$ 59,826.10          $ 1,753.12

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 121.88 |

$ 121.88

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: